1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10
11   JASWINDER SINGH,             )
                                  )
12            Plaintiff(s),       )   No. C 09-2035 BZ
                                  )
13      v.                        )   **BRIEFING ORDER**
                                  )
14   WELLS FARGO BANK, N.A., et   )
     al.,                         )
15                                )
              Defendant(s).       )
16   ─────────────────────────────)

17        Following removal, defendant scheduled a motion to
18   dismiss to be heard on July 15, 2009.  That date is not
19   available.  Accordingly, **IT IS ORDERED** that defendant's motion
20   will be heard on **July 29, 2009 at 10:00 a.m.** in Courtroom G,
21   15th Floor, Federal Building, 450 Golden Gate Avenue, San
22   Francisco, California 94102.  Plaintiff's opposition shall be
23   filed by **June 5, 2009**.  On or before that date plaintiff and
24   defendants shall consent or decline magistrate judge
25   jurisdiction.  The form to consent to or decline magistrate
26   judge jurisdiction may be found on the court's website at:
27   http://www.cand.uscourts.gov.
28

                                   1

Defendant's reply shall be filed by **June 19, 2009.**

Dated:  May 22, 2009

                                              Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\SINGH v. WELLS FARGO BANK\BRIEFING ORDER.wpd

2