MAHESH BAJORIA, ESQ. [SBN 224849]
Law Offices of Mahesh Bajoria
39355 California Street, Suite 310
Fremont, CA 94538
(510) 791-9911 (office)
(510) 791-9912 (fax)
E-mail: mahesh@bajorialaw.com

Attorneys for Plaintiff
JASWINDER SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| JASWINDER SINGH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGON BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 3: 09-cv-2035-SC<br>Hon. Samuel Conti<br><br>**FIRST STIPULATION RE: AMENDED COMPLAINT**<br><br>Complaint Removed:  May 15, 2009<br>Trial Date:　　　　　None |

**TO THE COURT ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Majiman Hafiz ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby stipulate as follows:

WHEREAS, on July 30, 2009, this Court entered an order granting Wells Fargo's motion to dismiss ("Order");

WHEREAS, the Order granted Plaintiff leave to amend 10 of his 16 claims, and instructed Plaintiff to file an amended complaint (if any) within 30 days of the Order, or until August 31, 2009;

WHEREAS Plaintiff and Wells Fargo have tentatively agreed to settle this case, and it would therefore be futile for Plaintiff to file an amended complaint at this time until the parties can approve or disapprove of the settlement; and

{DN005826;1}　　　　　1

STIPULATION RE AMENDED COMPLAINT – Case No. 3:09-cv-2035-SC

WHEREAS, the parties believe that continuing Plaintiff's deadline for filing an amended complaint by an additional seven (7) calendar days would serve the interests of efficiency and conservation of judicial and party resources.

NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the parties hereto, through their respective counsel, that Plaintiff shall have an additional seven (7) calendar days to file his amended complaint, or until September 7, 2009.

IT IS SO STIPULATED.

Dated: August 31, 2009                    Respectfully submitted,

**SEVERSON & WERSON**

By:   /s/ Kalama M. Lui-Kwan
        Kalama M. Lui-Kwan
Attorneys for Defendant
WELLS FARGO BANK, N.A.


**LAW OFFICES OF MAHESH BAJORIA**

By: /s/ Mahesh Bajoria
        Mahesh Bajoria
Attorneys for Plaintiff
JASWINDER SINGH

*e-signature approved by Defendant's counsel via email on August 31, 2009*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] **ORDER**

Pursuant to the parties' August 31, 2009 First Stipulation Re: Amended Complaint, **IT IS SO ORDERED**.

September 1, 2009
DATED:  August__, 2009



_____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

{DN005826;1}

3

STIPULATION RE AMENDED COMPLAINT – Case No. 3:09-cv-2035-SC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4