MAHESH BAJORIA, ESQ. [SBN 224849]
Law Offices of Mahesh Bajoria
39355 California Street, Suite 310
Fremont, CA 94538
(510) 791-9911 (office)
(510) 791-9912 (fax)
E-mail: mahesh@bajorialaw.com

Attorneys for Plaintiff
JASWINDER SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASWINDER SINGH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, ET AL.<br><br>　　　　　　Defendants. | Case No.: CV 09-2035 SC<br><br>**PLAINTIFF'S CORRECTED NOTICE DISMISSING DEFENDANTS WELLS FARGO BANK, N.A. AND FIRST AMERICAN LOAN STAR TRUSTEE SERVICES WITH PREJUDICE**<br><br>Action Filed: April 27, 2009<br><br>Judge: Hon. Samuel Conti |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(a), Plaintiff Jaswinder Singh ("Plaintiff") hereby dismisses all claims in the above-captioned action against defendants Wells Fargo Bank, N.A., and First American Loanstar Trustee Services with prejudice.

Plaintiff hereby withdraws its September 10, 2009 Notice of Dismissal (Dkt No. 27).

Dated: September 14, 2009

　　　　　　　　　　　　　　　　　　　　　　/s/ Mahesh Bajoria
　　　　　　　　　　　　　　　　　　　　　Mahesh Bajoria
　　　　　　　　　　　　　　　　　　　　　Attorney for JASWINDER SINGH

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*

1
Corrected Notice of Dismissal